# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| PATRICIA ANN BOGAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-137-ALM-KPJ |
| § | |
| DENTONY COUNTY DISTRICT § | |
| ATTORNEY OFFICE, et al., § | |
| § | |
| Defendants. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #60), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636.  The following Motions are pending before the Court:

1) Defendant Denton County District Attorney Office's Motion to Dismiss Plaintiff's Third Amended Complaint (Dkt. #36);

2) Defendant Bruce Isaacks' Motion to Dismiss Plaintiff's Third Amended Complaint (Dkt. #48);

3) Defendant Gerald (Jerry) Wayne Cobb's Motion to Dismiss (Dkt. #51).

In the Report, the Magistrate Judge recommended that the Motions (Dkts. #36, 48, 51) be granted and Plaintiff's lawsuit be dismissed with prejudice.  Plaintiff Patricia Ann Bogan ("Plaintiff") then filed an Objection (Dkt. #61) to the Report.

The Court has conducted a *de novo* review of the Objection and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objection is without merit

as to the ultimate findings of the Magistrate Judge. Accordingly, Plaintiff's Objection (Dkt. #61) is **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

**IT IS THEREFORE ORDERED** that the Motions (Dkts. #36, 48, 51) are **GRANTED,** and Plaintiff's lawsuit is **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED**.

SIGNED this 16th day of March, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE